

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:    01-10-00296-CV

Style:       Latrice Williams

         v. Dana Lee

Date motion filed[*]:  August 27, 2013

Type of motion:   Motion to stay appeal pending resolution of petition for writ of mandamus in the Supreme

         Court of Texas

Party filing motion:  Appellant

Document to be filed:

Is appeal accelerated?  No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:    Current Due date:
    Date Requested:

Ordered that motion is:

  ☐  Granted

     If document is to be filed, document due:

     ☐  The Court will not grant additional motions to extend time absent extraordinary circumstances

  ☑  Denied

  ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

  ☐  Other: _____

  **Appellant filed a "Response to First Court of Appeals Motion to Dismiss for Failure to Prosecute,"**
  **requesting that the Court stay appellant's appeal pending resolution of her petition for writ of mandamus**
  **in the Supreme Court of Texas.  Appellant's motion is denied.** *See* **TEX. R. APP. P. 52.10.**

Judge's signature:  /s/ Evelyn V. Keyes
        ☑ Acting individually  ☐ Acting for the Court

Panel consists of _____

Date: October 10, 2013

November 7, 2008 Revision